**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-BY-MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF BEAR STEARNS COMMERCIAL MORTGAGE SECURITIES INC. COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-TOP22, <br><br> Plaintiff, <br><br> v. <br><br> MIDRIDGE 17 ASSOCIATES, LLC, <br><br> Defendant. | No. 2:12-cv-06808-SDW-MCA |

**STIPULATION TO THE ENTRY OF
<u>RECEIVERSHIP ORDER</u>**

Richard A. O'Halloran, Esquire, counsel for the Plaintiff and John B. Newman, Esquire, counsel for the Defendant, having the express authority to do so, hereby STIPULATE and AGREE to the immediate entry of the attached Order appointing a receiver having an effective date of April 16, 2013, to operate and manage the property located at 501 Route 17 South, Paramus, NJ 07675 (the "Property") on the terms and conditions set forth therein.

Dated: April 2, 2013

*s/ Richard A. O'Halloran*  
Richard A. O'Halloran, Esquire  
Dinsmore & Shohl, LLP  
502 Carnegie Center, Suite 103  
Princeton, NJ 08540  
(610) 408-6020  
*Attorney for Plaintiff*

*s/ John B. Newman*  
John B. Newman, Esquire  
Newman & Simpson, LLP  
The Armour Building  
32 Mercer Street  
Hackensack, NJ 07601  
(201) 487-0200  
*Attorney for Defendant*